IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY RONNELL EWING, #34353**                                                              **PLAINTIFF**

VERSUS                                             CIVIL ACTION NO. 1:15-cv-254-HSO-JCG

**UNKNOWN JONE,**
**UNKNOWN SANFORD,**
**UNKNOWN DAVIS,**
**UNKNOWN MCCLEAVEN,**
**V. LYON,**
**M. ARRINGTON,**
**UNKNOWN JORDAN,**
**UNKNOWN BROWN**
**AND UNKNOWN FORD**                                                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under the Prison Litigation Reform Act.  See 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 1st day of February, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE